# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**SAINT TORRANCE**,
        Plaintiff,

        **-vs-**                                    **CASE NO.  1:08-cv-493**
                                                     Judge Michael R. Barrett

**UNITED STATES OF AMERICA,**
        Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

**THAT** the complaint is **DISMISSED** pursuant to 28 U.S.C. 1915 (e)(2)(B).

The Court certifies pursuant to 28 U.S.C. 1915 (a) that for the foregoing reasons an appeal of this Order would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*.  Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals.


Date:   July 29, 2008                          **JAMES BONINI, CLERK**

                                               By: /s/ M.Rogers

                                               Deputy Clerk